IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01936-PSF-MEH

JOHNATHAN M. GAMER,

    Plaintiff,

v.

CREDITORS FINANCIAL GROUP, LLC, a New York limited liability company,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

The Court having reviewed the Stipulated Motion to Dismiss with Prejudice (Dkt. # 17) and being fully advised in the premises, hereby ORDERS that this case is DISMISSED with prejudice, each party to pay his or its own attorney fees and costs.

DATED: April 11, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*
                                        _____
                                        Phillip S. Figa
                                        United States District Judge